**NOT FOR PRINTED PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| ASHFORD ELDRIDGE | § | |
|---|---|---|
| VS. | § | CIVIL ACTION NO.  9:20cv229 |
| BRYAN COLLIER | § | |

<u>ORDER ACCEPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION</u>

Ashford Eldridge, proceeding *pro se*, filed the above-styled civil rights lawsuit.  The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, for consideration pursuant to applicable orders of this court.  The Magistrate Judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that this case be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record and pleadings.  No objections to the Report and Recommendation were filed by the parties.

ORDER

The findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ACCEPTED**.  A final judgment shall be entered dismissing this lawsuit.

So ORDERED and SIGNED, Aug 16, 2021.

_____<br>
Ron Clark<br>
Senior Judge